UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**Rogelio TREJO**<br><br>　　　　Defendant. | '08 MJ 1569<br>Magistrate Case No._____<br><br><u>COMPLAINT FOR VIOLATION OF</u><br>Title 8, U.S.C., Section<br>1324(a)(2)(B)(iii)-<br>Bringing in Illegal Alien(s)<br>Without Presentation (Felony)<br><br>Title 18, U.S.C. § 1544<br>Misuse of Passport |

The undersigned complainant being duly sworn states:

### Count 1

On or about **May 19, 2008**, at the San Ysidro Port of Entry, within the Southern District of California, defendant **Rogelio TREJO**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an aliens, namely, **Nabor CHAVEZ-Murguia, Miriam Beatriz PERALTA-Garcia, and Maribel PEREZ-Perez,** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

### Count 2

That on or about **May 19, 2008**, within the Southern District of California, defendant **Rogelio TREJO** did knowingly and willfully use a passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting U.S. passport number 215404833, issued to John Alan Willis to a Department of Homeland Security, Customs and Border Protection Officer, knowing full well that he was not John Alan Willis, that the passport was not issued or designed for his use, and that he is not a United States citizen entitled to a U.S. Passport; in violation of Title 18, United States Code, Section 1544.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Claudia Rios, Customs and Border
Protection Enforcement Officer.

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 20th DAY OF May, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that **Nabor CHAVEZ-Murguia, Miriam Beatriz PERALTA-Garcia, and Maribel PEREZ-Perez** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 19, 2007 at approximately 2:00 PM **Rogelio TREJO** (Defendant), was waiting in traffic lane #07 to make application for admission into the United States from Mexico at the San Ysidro, California Port of Entry as the driver and sole visible occupant of a stolen 2006 Ford F-250. A U.S. Customs and Border Protection (CBP) K-9 Officer conducting roving operations approached defendant with his K-9 "Dada". The K-9 alerted to the vehicle. A second CBP Officer responded and assisted. During pre-primary vehicle inspection, Defendant presented a counterfeit California Driver License and a photo altered United States Passport bearing the name John Alan Willis as his entry documents. Defendant also presented a counterfeit California vehicle registration. Defendant stated he was going to San Ysidro, CA. The Customs and Border Protection Officer stepped on the running boards of the vehicle and looked inside and noticed several people attempting to elude inspection behind the driver's seat. The CBP Officer took custody of defendant and escorted him to secondary. A CBP Officer drove the vehicle to secondary for further processing.

In secondary, CBP Officers discovered nine individuals concealed behind the driver's seat of the vehicle. CBP Officers removed the nine individuals from within the rear area of the vehicle and three are now identified as Material Witnesses: **Nabor CHAVEZ-Murguia (MW1), Miriam Beatriz PERALTA-Garcia (MW2), and Maribel PEREZ-Perez (MW3).** Material Witnesses were determined to be citizens and natives of Mexico with no entitlements to enter, pass-through, or reside in the United States.

During a videotape proceeding, Defendant was advised of his Miranda rights and elected to submit to questioning without benefit to counsel. Defendant stated he was obligated to drive the vehicle across into the United States by some unknown males. Defendant stated that these unknown males are holding his girlfriend hostage and forced him to drive the vehicle across into the United States. Defendant admitted he has been apprehended on several occasions attempting to smuggle people into the United States. Defendant stated he was taking the vehicle to McDonalds restaurant on San Ysidro Blvd. where someone would meet him and take possession of the vehicle.

Defendant stated that he is a Citizen of Mexico by birth in Saguayo, Michoacan, Mexico. Defendant stated that he presented a United States passport belonging to another person.

On separate videotape interviews, Material Witnesses declared they are citizens of Mexico who have no legal right to enter the United States. Material Witnesses stated they were going to California to seek employment. Material Witnesses 1 and 2 stated they were going to pay $3,800.00 USD each to be smuggled into the United States. Material Witness 3 stated she was going to pay $3,000.00 USD to be smuggled into the United States. Material Witnesses made arrangements with an unknown person in Tijuana to be smuggled into the United States.