UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                 )<br>           Plaintiff,                      )<br>                                                 )<br>v.                                             )<br>                                                 )<br>ROGELIO TREJO,                    )<br>                                                 )<br>           Defendant.                  )<br>_____) | Case No. 08mj1569 |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

       United States Attorney's Office
       880 Front Street
       San Diego, CA  92101

Dated:  May 27, 2008
                                                                            /s/ John C. Ellis, Jr.
                                                                   JOHN C. ELLIS, JR.
                                                                    Federal Defenders
                                                                    225 Broadway, Suite 900
                                                                    San Diego, CA 92101-5030
                                                                    (619) 234-8467  (tel)
                                                                    (619) 687-2666  (fax)
                                                                    john_ellis@fd.org