UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　　vs.<br><br>Rogelio Trejo<br><br>　　　　Defendant(s) | CRIMINAL NO. 08mj1569<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted**)/ Case Disposed / Order of Court).

Miriam Beatriz Peralta-Garcia

DATED: 5-29-08

JAN M. ADLER
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR.　Clerk

　　　　　by  RRhone
　　　　　　　Deputy Clerk　　R. Rhone