UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. **08mj1569** |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| **Rogelio Trejo** | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

**Maribel Perez-Perez**

DATED: **5·29·08**

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED **Andrew Rempel**     OR
DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by **RhiaRhone**

Deputy Clerk

R. Rhone