UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    vs.<br><br>Rogelio Trejo<br><br>    Defendant(s) | CRIMINAL NO. 08mj1569<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

JAN M. ADLER

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Nabor Chavez-Murguia

DATED: 5/30/2008

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
          DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by
    Deputy Clerk
    K. HAMMERLY